1  IGNACIO E. SALCEDA, State Bar No. 164017
   (isalceda@wsgr.com)
2  BETTY CHANG ROWE, State Bar No. 214068
   (browe@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100

6
   Attorneys for Defendant
7  RF Micro Devices, Inc.

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILLIP CHUANZE LIAO and          )   CASE NO.:  C-08-02587 HRL
   YEECHIN SHIONG LIAO,              )
12                                   )   REQUEST FOR REASSIGNMENT TO
              Plaintiffs,            )   A UNITED STATES DISTRICT
13                                   )   JUDGE
       v.                            )
14                                   )
   RF MICRO DEVICES INC., a North Carolina )
15 corporation, and DOES 1 through 50, inclusive, )
                                     )
16            Defendants.            )
                                     )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR REASSIGNMENT TO A                                         3368059_1.DOC
UNITED STATES DISTRICT JUDGE
CASE NO. C-08-02587 HRL

1   Pursuant to Federal Rule of Civil Procedure 73(b) and Northern District General Order
2   44.N.1.d, defendant RF Micro Devices, Inc. ("RFMD"), by its attorneys, hereby DECLINES to
3   consent to the assignment of the above-referenced case, removed to this Court on May 22, 2008,
4   to a United States Magistrate Judge for trial and disposition.  RFMD hereby requests the
5   reassignment of this case to a United States District Judge for all purposes including trial and
6   disposition.

7

8   Dated:  May 30, 2008                              WILSON SONSINI GOODRICH & ROSATI
                                                      Professional Corporation
9

10
                                                      By: /s/  Ignacio E. Salceda
11                                                         Ignacio E. Salceda

12
                                                      Attorneys for Defendant
13                                                    RF Micro Devices, Inc.