UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Phillip Chuanze Liao, et.al.,<br><br>    Plaintiffs,<br>  v.<br><br>RF Micro Devices, Inc., a North Carolina corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants._____/ | No. C08-02587<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 9, 2008 before the Honorable Judge Howard R. Lloyd has been continued to **September 12, 2008** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 5, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: June 2, 2008                                RICHARD W. WIEKING,
                                                                  Clerk of Court


                                                                    /s/*Patty Cromwell*
                                                                  Patty Cromwell
                                                                  Courtroom Deputy for
                                                                  Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

1 THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Betty Chang Rowe    browe@wsgr.com

4  Ignacio Evaristo Salceda    isalceda@wsgr.com, rlustan@wsgr.com

6  George Alan Yuhas , Esq    gyuhas@orrick.com

2