1  GEORGE A. YUHAS (SBN 78678)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, CA  94105-2669
   Telephone:    (415) 773-5700
4  Facsimile:    (415) 773-5759
   E-mail: gyuhas@orrick.com
5
   Attorneys for Plaintiffs,
6  Phillip Chuanze Liao and Yeechin Shiong Liao

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | PHILLIP CHUANZE LIAO and YEECHIN SHIONG LIAO, | Case No.  08-02587 RMW |
11 | Plaintiffs, | **STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND PROPOSED ORDER** |
12 | v. | |
13 | RF MICRO DEVICES, INC., a North Carolina corporation, and DOES 1 through 50, inclusive, | Judge:  Hon. Ronald M. Whyte |
14 | Defendants. | |

                            **STIPULATION**

       1.      As lead counsel for Plaintiffs has been completely occupied by urgent and

time-sensitive matters for another client for the past month and a half, Plaintiffs Phillip and

Yeechin Liao and Defendant RF Micro Devices, Inc., hereby stipulate and agree to continue the

Case Management Conference ("CMC") in this matter until October 3, 2008 or as soon as

practicable thereafter as the availability of the Court's calendar permits.

       2.      Both parties agree to the stipulation as indicated by their signatures below.

The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2

and enter an Order thereupon.  A form of proposed Order is filed herewith.

/ / /

/ / /

Respectfully submitted,

DATED: September 3, 2008                ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/ George A. Yuhas
      George A. Yuhas

Attorneys for Plaintiffs Phillip Chuanze Liao and Yeechin Shiong Liao


DATED: September 3, 2008                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


By:  /s/ Ignacio E. Salceda
      Ignacio E. Salceda

Attorneys for Defendant RF Micro Devices, Inc.


Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduled CMC date of September 12, 2008 is vacated, and shall be rescheduled for _____, 2008 at _____.


DATED: September ___, 2008
_____
Judge Ronald M. Whyte
UNITED STATES DISTRICT JUDGE