1  IGNACIO E. SALCEDA, State Bar No. 164017
   BETTY CHANG ROWE, State Bar No. 214068
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
5  Email: isalceda@wsgr.com
   Email: browe@wsgr.com
6
   Attorneys for Defendant
7  RF Micro Devices, Inc.

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILLIP CHUANZE LIAO and YEECHIN    )   CASE NO.:  C-08-02587 RMW
   SHIONG LIAO,                         )
12                                      )   **ADR CERTIFICATION BY**
                Plaintiffs,             )   **PARTIES AND COUNSEL**
13                                      )
       v.                               )
14                                      )
   RF MICRO DEVICES, INC., a North Carolina )
15 corporation, and DOES 1 through 50, inclusive, )
                                        )
16              Defendants.             )
                                        )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 28, 2008

By: _____
On behalf of RF Micro Devices, Inc.

Dated: September 2, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
Ignacio E. Salceda

Attorneys for Defendant RF Micro Devices, Inc.