GEORGE A. YUHAS (SBN 78678)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759
E-mail: gyuhas@orrick.com

Attorneys for Plaintiffs,
Phillip Chuanze Liao and Yeechin Shiong Liao

*E-FILED - 9/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHUANZE LIAO and YEECHIN SHIONG LIAO,<br><br>Plaintiffs,<br><br>v.<br><br>RF MICRO DEVICES, INC., a North Carolina corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  08-02587 RMW<br><br>**STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER**<br><br>Judge:  Hon. Ronald M. Whyte |

**STIPULATION**

1.  As lead counsel for Plaintiffs has been completely occupied by urgent and time-sensitive matters for another client for the past month and a half, Plaintiffs Phillip and Yeechin Liao and Defendant RF Micro Devices, Inc., hereby stipulate and agree to continue the Case Management Conference ("CMC") in this matter until October 3, 2008 or as soon as practicable thereafter as the availability of the Court's calendar permits.

2.  Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.  A form of proposed Order is filed herewith.

/ / /

/ / /

Respectfully submitted,

DATED: September 3, 2008      ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   /s/ George A. Yuhas
        George A. Yuhas

Attorneys for Plaintiffs Phillip Chuanze Liao and Yeechin Shiong Liao

DATED: September 3, 2008      WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Ignacio E. Salceda
        Ignacio E. Salceda

Attorneys for Defendant RF Micro Devices, Inc.

Orrick attests that concurrence in the filing of the document has been obtained from the other signatory, which shall serve in lieu of their signature on the document

**ORDER**

The Court having considered the above Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that the scheduled CMC date of September 12, 2008 is vacated, and shall be rescheduled for   October 3,  , 2008 at   10:30 a.m.  .

DATED: September 10, 2008

*Ronald M. Whyte*
Judge Ronald M. Whyte
UNITED STATES DISTRICT JUDGE